870

No. 967.  UNITED STATES EX REL. POTTS v. RABB, U. S. MARSHAL.  April 9, 1945.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Walter Biddle Saul* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Irving S. Shapiro* and *Mrs. Mayte B. Greene* for respondent.

No. 983.  TILGHMAN v. UNITED STATES.  April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. A. S. Baskett* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 984.  WESTERN ELECTRIC CO., INC. v. NATIONAL LABOR RELATIONS BOARD; and

No. 988.  POINT BREEZE EMPLOYEES ASSOCIATION, INC. v. NATIONAL LABOR RELATIONS BOARD.  April 9, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Messrs. Wilkie Bushby* and *William J. Butler* for petitioner in No. 984. *Mr. Charles H. Dorn* for petitioner in No. 988.  *Solicitor General Fahy, Messrs. Alvin J. Rockwell* and *David Findling* for respondent.  Reported below: 147 F. 2d 519.

No. 985.  McLEAN v. TEXAS.  April 9, 1945.  Petition for writ of certiorari to the Court of Civil Appeals, First Supreme Judicial District, of Texas, denied.  *Messrs. William D. Gordon* and *E. E. Easterling* for petitioner.  *Mr. E. L. Reid* for respondent.